# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 13, 2025

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *United States v. Jason Laroy Tinsley*
             24 Cr 632

Dear Honorable Karas:

      I am writing to ask that Your Honor please schedule a conference to allow the Court to inquire whether Mr. Tinsley would like to seek new counsel.

The Court will hold a conference on 11/ 18 /25, at 3:00

So Ordered.
*[signature]*
11/13/25

Sincerely,

//s

Benjamin Gold
Counsel for Mr. Tinsley

cc: AUSA Justin L. Brooke