# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 8, 2025

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Re:  *United States v. Jason Laroy Tinsley*
> 24 Cr 632

Dear Honorable Karas:

This evening, I was informed by Mr. Tinsley that he has written to Your Honor to ask that the Court appoint him a new attorney. As such, I ask that Your Honor please schedule a hearing so that Mr. Tinsley may formally request new counsel. I also ask that the Court pause Mr. Tinsley's motion schedule until this issue is resolved.

Sincerely,

//s

Benjamin Gold
Counsel for Mr. Tinsley

cc: AUSA Justin L. Brooke

*Granted. The Court will hold a conference on Thursday 12/11/25 at 11:00 AM*

SO ORDERED:

HON. KENNETH M. KARAS U.S.D.J.

*12/9/25*