UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JASON LAROY TINSLEY,
a/k/a "Jason Tinsley,"
a/k/a "Floss,"

Defendant.

~~[Proposed]~~ ORDER KMK

No. 24 Cr. 632 (KMK)

The parties' motion for the exclusion of time, Dkt. 118, is granted. Time is excluded from July 15, 2026 until the next conference on August 4, 2026, in the interests of justice, to allow the defendant and defense counsel to review discovery and for the parties to engage in discussions regarding potential resolution. The interests of justice from this exclusion outweigh the defendant's and the public's interests in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

KENNETH M. KARAS
United States District Judge

Dated: White Plains, New York
July 6, 2026