UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JASON LAROY TINSLEY,
a/k/a "Jason Tinsley,"
a/k/a "Floss,"

Defendant.

**ORDER**

24 Cr. 632 (CS)

The United States Marshals Service ("USMS") and/or officials at the Hudson County Correctional Facility ("HCCF") have been requested to produce the above-captioned Defendant to Courtroom 621, 300 Quarropas Streeet, White Plains, New York today at 10:15 am for a conference. The Court is informed that the Defendant is refusing to come to court. I hereby authorize the USMS and the Warden and authorized personnel of the HCCF to use such force as is reasonably necessary to remove the defendant, JASON LAROY TINSLEY (USMS No. # 87920-054), from the HCCF to produce him for court and to return him to the HCCF.

In light of Mr. Tinsley's prior refusals to come to court, as documented in orders of United States District Judge Kenneth M. Karas dated May 14, 2026 and August 6, 2026, if Mr. Tinsley refuses to cooperate with his transportation to and from court for any future court appearance, this Order will remain in force and, upon notice to the Court, the USMS and officials working with the USMS, including the Warden and authorized personnel of the HCCF

or any other local facility at which Mr. Tinsley may be housed, may use such force as is reasonably necessary to transport Mr. Tinsley to and from court.

SO ORDERED.

Dated: White Plains, New York
October 16, 2026

Cathy Seibel

HON. CATHY SEIBEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK